IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01366-REB-BNB

CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

Plaintiff,

v.

ROBERT C. GROSS, D.O.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant/Counter-Plaintiff's Local Rule 7.2 Motion to File Counterclaim Under Seal** [docket no. 24, filed November 2, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to retain docket entry no. 26, filed November 2, 2006, UNDER SEAL.

DATED:  November 9, 2006