**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01366-REB- BNB

CATHOLIC HEALTH INITIATIVES, COLORADO
d/b/a CENTURA HEALTH - ST. THOMAS MORE HOSPITAL,

      Plaintiff,

v.

ROBERT C. GROSS, D.O.,

      Defendant.

## MINUTE ORDER[1]

      Defendant's Motion to Withdraw its Motion to Dismiss Complaint and Motion to Dismiss First Amended Complaint [#29], filed November 10, 2006, is GRANTED, and the Motion to Dismiss or for Other Relief [#7], filed July 21, 2006, is WITHDRAWN.

Dated:  November 13, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.