IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01366-REB-BNB

CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

Plaintiff,

v.

ROBERT C. GROSS, D.O.,

Defendant and Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES
COLORADO, d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,
VICTORIA KING, M.D.,
GARY MCKINNEY, M.D.,
THOMAS MCGUIRE, M.D.,
ERIC CARLSON, M.D.,
CHRISTOPHER HARRIGAN, M.D.,
ROBERT MCCURRY, D.O., and
CAROLINE ROWLANDS, M.D.,

Third-Party Defendants.
_____

## AMENDED ORDER
_____

This matter is before me on the following:

(1)  **Dr. Gross's Motion to Amend Scheduling Order** [Doc. # 52, filed 12/22/2006]

(the "*Motion to Enlarge Schedule*");

(2)  **Defendant/Counter-Plaintiff/Third-Party Plaintiff's Motion to Strike**

**Affirmative Defenses of Plaintiff/Counter-Defendant and Third-Party Defendants** [Doc. #

53, filed 12/22/2006] (the "*Motion to Strike*"); and

(3) **Stipulated Motion to Allow Amendment of Affirmative Defenses and to Withdraw Motion to Strike Affirmative Defenses** [Doc. # 61, filed 1/31/2007] (the "*Stipulated Motion to Amend*").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the *Motion to Enlarge Schedule* is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to modify the case schedule to the following extent:

**Discovery Cut-Off:**             **May 31, 2007**

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**             **May 31, 2007**

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 26, 2007**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 27, 2007**.

**Final Pretrial Conference:**   The final pretrial conference set for May 21, 2007, at 9:00 a.m., is VACATED and RESET to **October 1, 2007, at 9:30 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **September 24, 2007**; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the *Stipulated Motion to Amend* is GRANTED. The Clerk of the Court is directed to accept for filing *Plaintiff and Counterclaim Defendant's Amended Affirmative Defenses* [Doc. # 61-2] and *Third Party Defendants' Amended Affirmative Defenses* [Doc. # 61-3].

IT IS FURTHER ORDERED that the *Motion to Strike* is DENIED AS MOOT.

Dated February 8, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge