IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01366-REB-BNB | Date: April 13, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES COLORADO,<br>doing business as<br>Centura Health-St. Thomas More Hospital<br><br>         Plaintiff,<br><br>v.<br><br>ROBERT C. GROSS,<br>D.O.<br><br>         Defendant,<br><br>MEDICAL EXECUTIVE COMMITTEE<br>OF HOSPITAL, | Mark Sabey<br><br><br><br><br><br><br><br><br>Lisa Sullivan by telephone |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    8:28 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:    Defendant/Counter-Plaintiff/Third Party Plaintiff Robert C. Gross, D.O.'s motion for leave to file response to motion for protective order prior to ruling(4/11/07 #98) is denied**.

**ORDERED:    Motion to compel discovery responses by defendant/counter-plaintiff/third party plaintiff Robert C. Gross(3/19/07 #73) is denied.**

**ORDERED:** **Motion for protective order by the City of Colorado springs (4/9/07 #78) is denied.**

Court in Recess        9:42 a.m.        Hearing concluded.

Total time in court:    01:14