IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01366-REB-BNB

CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

Plaintiff,

v.

ROBERT C. GROSS, D.O.,

Defendant and Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES
COLORADO, d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,
VICTORIA KING, M.D.,
GARY MCKINNEY, M.D.,
THOMAS MCGUIRE, M.D.,
ERIC CARLSON, M.D.,
CHRISTOPHER HARRIGAN, M.D.,
ROBERT MCCURRY, D.O., and
CAROLINE ROWLANDS, M.D.,

Third-Party Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)    **Plaintiff Robert C. Gross, D.O.'s, Motion to Compel Discovery Responses**

[Doc. # 70, filed 3/19/2007] (the "Motion to Compel");

(2)    The **Motion for Protective Order** [Doc. # 78, filed 3/26/2007] filed by the City of

Colorado Springs d/b/a Memorial Hospital; and

(3)     **Robert C. Gross, D.O.'s, Motion for Leave to File Response to Motion for Protective Order Prior to Ruling** [Doc. # 98, filed 4/11/2007] (the "Motion to Respond").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED, except that paragraphs 5, 6, 7, and 9. The Settlement Agreement and Release Between Memorial Hospital, and Enterprise of the City of Colorado Springs and Robert Gross, D.O., as redacted, shall be produced on or before **April 20, 2007**.

IT IS FURTHER ORDERED that the Motion to Respond is DENIED.

Dated April 13, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge