**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01366-REB- BNB

CATHOLIC HEALTH INITIATIVES, COLORADO
d/b/a CENTURA HEALTH - ST. THOMAS MORE HOSPITAL,

    Plaintiff,

v.

ROBERT C. GROSS, D.O.,

    Defendant.

---

ROBERT C. GROSS, D.O.,

    Counter-Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO
d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

    Counter-Defendant.

---

ROBERT C. GROSS, D.O.,

    Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES
COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL, et al.,

    Third-Party Defendants.

## MINUTE ORDER[1]

     The matter comes before the court on **Robert C. Gross, D.O.'s Motion to Reconsider April 13, 2007 Ruling Denying Motion to Compel Production of Documents** [#109], and **Robert C. Gross, D.O.'s Memorandum in Support of Motion to Reconsider April 13, 2007 Ruling Denying Motion to Compel Production of Documents** [#110], both filed April 26, 2007.  The motion and the supporting brief are **STRICKEN** for failure to comply with REB Civ. Practice Standards II.E.1 and V.B.1

Dated:  April 26, 2007
-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.