**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01366-REB- BNB

CATHOLIC HEALTH INITIATIVES, COLORADO
d/b/a CENTURA HEALTH - ST. THOMAS MORE HOSPITAL,

    Plaintiff,

v.

ROBERT C. GROSS, D.O.,

    Defendant.

---

ROBERT C. GROSS, D.O.,

    Counter-Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO
d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

    Counter-Defendant.

---

ROBERT C. GROSS, D.O.,

    Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES
COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL, et al.,

    Third-Party Defendants.

---

**MINUTE ORDER**[1]

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

The matter comes before the court on the **Motion to Refer to Magistrate Judge Boyd N. Boland for Recommendation** [#130], filed May 25, 2007, the **Robert C. Gross, D.O.'s Motion for Leave to File Sur-Reply in Opposition to Motion to Refer Summary Judgment Motions to Magistrate Judge *Instanter*** [#136], filed June 14, 2007, and the **Motion for Leave to File Response and Response to Robert C. Gross, D.O.'s Sur-Reply in Opposition to Motion to Refer Summary Judgment Motions to Magistrate Judge** [#140], filed June 19, 2007, and.  After careful review of the motions and the file, the court has concluded that the motions should be denied.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Motion to Refer to Magistrate Judge Boyd N. Boland for Recommendation** [#130], filed May 25, 200, is **DENIED**.  The court will rule on those motions without a report and recommendation from Magistrate Judge Boland;

2.  That **Robert C. Gross, D.O.'s Motion for Leave to File Sur-Reply in Opposition to Motion to Refer Summary Judgment Motions to Magistrate Judge *Instanter*** [#136], filed June 14, 2007, is **DENIED** as moot; and

3.  That the  **Motion for Leave to File Response and Response to Robert C. Gross, D.O.'s Sur-Reply in Opposition to Motion to Refer Summary Judgment Motions to Magistrate Judge** [#140], filed June 19, 2007, is **DENIED** as moot.

Dated:  June 20, 2007

-----------------------------------------------------------------------------------------------------------------