**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01366-REB- BNB

CATHOLIC HEALTH INITIATIVES, COLORADO
d/b/a CENTURA HEALTH - ST. THOMAS MORE HOSPITAL,

    Plaintiff,

v.

ROBERT C. GROSS, D.O.,

    Defendant.

---

ROBERT C. GROSS, D.O.,

    Counter-Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO
d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

    Counter-Defendant.

---

ROBERT C. GROSS, D.O.,

    Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES
COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL, et al.,

    Third-Party Defendants.

---

**MINUTE ORDER**[1]

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

The matter comes before the court on the **Unopposed Motion for Leave To Exceed Page Limit** [#213], filed September 7, 2007.  The motion is **GRANTED**. **Centura's Reply in Support of its Motion for Summary Judgment** [#211], and **Centura's Reply in Support of its Motion for Summary Judgment** [#212] are accepted for filing.

Dated:  September 11, 2007