IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01366-REB-BNB

CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

Plaintiff,

v.

ROBERT C. GROSS, D.O.,

Defendant and Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,
VICTORIA KING, M.D.,
GARY MCKINNEY, M.D.,
THOMAS MCGUIRE, M.D.,
ERIC CARLSON, M.D.,
CHRISTOPHER HARRIGAN, M.D.,
ROBERT MCCURRY, D.O., and
CAROLINE ROWLANDS, M.D.,

Third-Party Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. At that time, I ruled orally on a number of pending motions. In summary and for the reasons stated on the record, which are incorporated here:

IT IS ORDERED that **Robert C. Gross, D.O.'s Motion to Reconsider April 13, 2007 Ruling Denying Motion to Compel Production of Documents** [Doc. # 113, filed 4/26/2007] is DENIED.

IT IS FURTHER ORDERED that the **Motion to Strike the Designation of Experts By Gross, and, In the Alternative, to Extend the Time for Rebuttal Expert Designations and Expert Depositions** [Doc. # 137, filed 6/14/2007] is DENIED.

IT IS FURTHER ORDERED that the **Motion for Protective Order** [Doc. # 142, filed 6/28/2007] is DENIED. The depositions of Drs. King, McKinney, and Brown shall occur in their offices or at such other location as the parties and witnesses may agree; shall be completed on or before **October 21, 2007**; shall not exceed 3-1/2 hours each; no subpoenas for documents are allowed; and the questioning may not probe the peer review process.

IT IS FURTHER ORDERED that the **Motion for Leave to Reply to the Response to the Motion for Protective Order** [Doc. # 170, filed 8/7/2007] is GRANTED.

IT IS FURTHER ORDERED that **Robert C. Gross, D.O.'s Motion for Leave to File Surreply In Opposition to City of Colorado Springs d/b/a Memorial Hospital's Motion for Protective Order** [Doc. # 217, filed 9/10/2007] is DENIED.

IT IS FURTHER ORDERED that the **Motion for Protective Order** [Doc. # 148, filed 7/10/2007] is DENIED. The depositions of Drs. Crow and Ferguson shall occur in their offices or at such other location as the parties and the witnesses may agree; shall be completed on or before **October 21, 2007**; shall not exceed 3-1/2 hours each; no subpoenas for documents are allowed; and the questioning may not probe the peer review process.

IT IS FURTHER ORDERED that the **Motion for Protective Order--Rule 30(b)(6) Deposition** [Doc. # 155, filed 7/23/2007] is GRANTED.  The deposition shall not be had.

IT IS FURTHER ORDERED that the **Unopposed Motion for Four-Day Extension of Time to Respond to Motion to Compel** [Doc. # 175, filed 8/13/2007] is GRANTED.

IT IS FURTHER ORDERED that the **Motion to Compel** [Doc. # 158, filed 7/24/2007] is GRANTED IN PART and DENIED IN PART as follows:

GRANTED with respect to Interrogatories No. 3, 4, 5, 6, and 9, and with respect to Requests for Production No. 1 and 8; and

DENIED with respect to Interrogatories No. 7 and 8, and with respect to Request for Production No. 4.

The defendant shall provide supplemental discovery responses consistent with this order on or before **October 21, 2007**.

IT IS FURTHER ORDERED that the **Motion for Enlargement of Time** [Doc. # 162, filed 7/30/2007] is GRANTED.

IT IS FURTHER ORDERED that **Robert C. Gross, D.O.'s Motion to Compel Deposition Testimony of Lauri Martin and C. Ray Honaker** [Doc. # 164, filed 7/31/2007] is GRANTED.  The deponents are direct to answer the four questions which are the subject of the motion and reasonable follow-up questions in supplemental depositions which shall occur at a date, time, and place as the parties and the witnesses may agree; shall be completed on or before **October 21, 2007**; shall not exceed 2 hours each; and the questioning may not invade any legitimate privilege.

IT IS FURTHER ORDERED that **Defendant/Counter-Plaintiff/Third-Party Plaintiff Dr. Robert C. Gross' Motion to Compel Production of Documents and Responses to Interrogatories** [Doc. # 166, filed 7/31/2007] is DENIED.

IT IS FURTHER ORDERED that the discovery cut-off is extended to and including **October 21, 2007**, solely to allow the completion of the discovery ordered herein and for no other purpose.

IT IS FURTHER ORDERED that the proposed Final Pretrial Order is REFUSED.  The parties shall exchange trial exhibits on or before **October 8, 2007**; shall prepare a joint exhibit list in compliance with the practice standards of the district judge on or before **October 15, 2007**; and shall file with the Clerk of the Court and serve by hand delivery or facsimile the objections contemplated by Fed. R. Civ. P. 26(a)(3) on or before **October 26, 2007**.  The parties shall prepare a revised final pretrial order consistent with our discussions this morning and with the practice standards of the district judge, and submit it to the court on or before **October 30, 2007**.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **November 6, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Ms. Feibus may attend the supplemental final pretrial conference by telephone by contacting the court at 303-844-6408 at the appropriate date and time.

Dated October 1, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge