IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 06-cv-01366-REB-BNB         Date: October 29, 2007
Courtroom Deputy: Geneva D. Mattei           FTR BNB COURTROOM A401

---

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES COLORADO, doing business as Centura Health-St. Thomas More Hospital | Mark Sabey |
| Plaintiff and Counter-Defendant, | |

v.

| | |
|---|---|
| ROBERT C. GROSS, D.O. | George Bock  Susan Feibus |
| Defendant and Counter-Plaintiff, | |

v.

| | |
|---|---|
| MEDICAL EXECUTIVE COMMITTEE OF HOSPITAL, VICTORIA KING, M.D. GARY MCKINNEY, M.D. JAMES MCGUIRE, M.D. ERIC CARLSON, M.D. GREGORY HARRIGAN, M.D. ROBERT MCCURRY, D.O. CAROLYN ROWLAND, M.D. | Mark Sabey |
| Third-Party Defendants, | |

---

**COURTROOM MINUTES**

---

**HEARING: MOTIONS**

| | |
|---|---|
| Court in Session: | 3:32 p.m. |

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion for leave to file second amended affirmative defenses by plaintiff, filed September 7, 2007; #209, is denied as stated on the record**

**ORDERED:** **Robert C. Gross, D.O.'s second motion to compel discovery responses, filed September 14, 2007; #220 is denied as stated on the record.**

| | | |
|---|---|---|
| Court in Recess | 4:06 p.m. | Hearing concluded. |
| Total time in court: | 00:34 | |