# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01366-REB- BNB

CATHOLIC HEALTH INITIATIVES, COLORADO
d/b/a CENTURA HEALTH - ST. THOMAS MORE HOSPITAL,

    Plaintiff,

v.

ROBERT C. GROSS, D.O.,

    Defendant.

---

ROBERT C. GROSS, D.O.,

    Counter-Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO
d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

    Counter-Defendant.

---

ROBERT C. GROSS, D.O.,

    Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES
COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL, et al.,

    Third-Party Defendants.

---

## MINUTE ORDER[1]

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

The matter comes before the court on the following motions:

- **Consolidated Verified Motion For Leave To File Objections To Magistrate Judge's April 13, 2007 Order Denying Motion To Compel And To Stay Discovery And Amend Scheduling Order** [#147], filed July 9, 2007;

- Plaintiff's **Rule 56(f) Motion To Refuse Gross' Motion For Summary Judgment** [#192], filed August 20, 2007;

- **Robert C. Gross, D.O.'s Motion For Leave To File Surreply In Opposition To Centura's, MEC's And MEC Members' Motions For Summary Judgment *Instanter*** [#274], filed November 9, 2007;

- **Robert C. Gross, D.O.'s Motion To Strike Reply To Response To Notice Of Supplemental Authorities** [#279], filed November 13, 2007; and

- **Robert C. Gross, D.O.'s Amended Motion To Strike Reply To Response To Notice Of Supplemental Authorities** [#280], filed November 13, 2007.

After careful review of the motions, the court rules as follows:

1. That the **Consolidated Verified Motion For Leave To File Objections To Magistrate Judge's April 13, 2007 Order Denying Motion To Compel And To Stay Discovery And Amend Scheduling Order** [#147], filed July 9, 2007, is **DENIED** as moot;

2. That Plaintiff's **Rule 56(f) Motion To Refuse Gross' Motion For Summary Judgment** [#192], filed August 20, 2007, is **DENIED**. However, the court will consider this filing as a response to Dr. Gross's motion for summary judgment;

3. That **Robert C. Gross, D.O.'s Motion For Leave To File Surreply In Opposition To Centura's, MEC's And MEC Members' Motions For Summary Judgment *Instanter*** [#274], filed November 9, 2007, is **GRANTED**, and the surreply attached to the motion is accepted for filing; and

4. That **Robert C. Gross, D.O.'s Motion To Strike Reply To Response To Notice Of Supplemental Authorities** [#279], filed November 13, 2007; and **Robert C. Gross, D.O.'s Amended Motion To Strike Reply To Response To Notice Of Supplemental Authorities** [#280], filed November 13, 2007, are both **DENIED**.

Dated: December 13, 2007