IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01366-REB-BNB

CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

Plaintiff,

v.

ROBERT C. GROSS, D.O.,

Defendant and Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,
VICTORIA KING, M.D.,
GARY MCKINNEY, M.D.,
THOMAS MCGUIRE, M.D.,
ERIC CARLSON, M.D.,
CHRISTOPHER HARRIGAN, M.D.,
ROBERT MCCURRY, D.O., and
CAROLINE ROWLANDS, M.D.,

Third-Party Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion for Leave to Correct Third Party Defendants' Second Amended Affirmative Defenses and Plaintiff and Counterclaim Defendant's Second Amended Affirmative Defenses** [Doc. # 224, filed 9/24/2007] (the "Motion"). The court's CM/ECF system indicates that no ruling on the Motion has been made.

An Amended Final Pretrial Order was entered on November 6, 2007 [Doc. # 270], and its statements of claims and defenses superseded the pleadings. Accordingly,

The Motion is DENIED AS MOOT.

Dated January 14, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge