# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01366-REB- BNB

CATHOLIC HEALTH INITIATIVES, COLORADO
d/b/a CENTURA HEALTH - ST. THOMAS MORE HOSPITAL,

    Plaintiff,

v.

ROBERT C. GROSS, D.O.,

    Defendant.

---

ROBERT C. GROSS, D.O.,

    Counter-Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO
d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

    Counter-Defendant.

---

ROBERT C. GROSS, D.O.,

    Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES
COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL, et al.,

    Third-Party Defendants.

---

## MINUTE ORDER[1]

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

In light of the court's **Order Concerning Motions for Summary Judgment** [#297], filed December 13, 2007, the following two motions are denied as **MOOT**;

1. **Robert C. Gross, D.O.'s Rule 72(a) Objections To Magistrate Judge's October 1, 2007 Ruling Granting Motion for Protective Order - Rule 30(B)(6) Deposition** [#243], filed October 12, 2007; and

2. Plaintiff's **Motion For Leave To File Sur-Surreply** [#291], filed December 3, 2007.

Dated: January 24, 2008