# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01366-REB- BNB

CATHOLIC HEALTH INITIATIVES, COLORADO
d/b/a CENTURA HEALTH - ST. THOMAS MORE HOSPITAL,

    Plaintiff,

v.

ROBERT C. GROSS, D.O.,

    Defendant.

---

ROBERT C. GROSS, D.O.,

    Counter-Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO
d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

    Counter-Defendant.

---

ROBERT C. GROSS, D.O.,

    Third-Party Plaintiff,

v.

MEDICAL EXECUTIVE COMMITTEE OF CATHOLIC HEALTH INITIATIVES
COLORADO d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL, et al.,

    Third-Party Defendants.

---

## MINUTE ORDER[1]

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

The matters before the court are the following:

1. **Robert C. Gross, D.O.'s Motion For Leave To File Surreply in Opposition To Centura's Brief in Support of Award of Attorneys' Fees and Costs** *Instanter* [#337], filed February 19, 2008; and

2. **Centura's Motion For Leave To File Response To Robert C. Gross, D.O.'s Surreply in Opposition To Centura's Brief in Support of Award of Attorneys' Fees and Costs** [#343], filed February 26, 2008.

The motions are **GRANTED**. **Robert C. Gross, D.O.'s Surreply in Opposition To Centura's Brief in Support of Award of Attorneys' Fees and Costs**, Exhibit A to the motion, is **ACCEPTED** for filing. Plaintiff's **Response To Robert C. Gross, D.O.'s Surreply in Opposition To Centura's Brief in Support of Award of Attorneys' Fees and Costs**, Exhibit A to their motion is **ACCEPTED** for filing.

Dated: February 27, 2008