IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01366-REB-BNB

CATHOLIC HEALTH INITIATIVES COLORADO
d/b/a CENTURA HEALTH-ST. THOMAS MORE HOSPITAL,

Plaintiff,

v.

ROBERT C. GROSS, D.O.,

Defendant.

---

**ORDER GRANTING MOTION FOR ENTRY OF ORDER ALLOWING Plaintiff and CounterDefendant TO OBTAIN DISCOVERY**

THIS COURT, having reviewed the Motion for Entry of Order Allowing Plaintiff and Counterdefendant to Obtain Discovery (the "Motion") filed by Plaintiff and CounterDefendant Catholic Health Initiatives Colorado, d/b/a Centura Health St. Thomas More Hospital ("Centura"), and being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Motion shall be and is hereby GRANTED.

IT IS FURTHER ORDERED that Centura shall be and is hereby ALLOWED to take the deposition of Defendant Dr. Robert C. Gross, D.O., Wells Fargo Bank, N.A., and, if applicable, its successors and assigns, pursuant to Fed. R. Civ. P. 69(a) and C.R.C.P. 69(i).

IT IS FURTHER ORDERED that the depositions shall be taken in the manner provided for by the Colorado Rules of Civil Procedure and shall be conducted in the offices of counsel of record for Centura.

Dated September 13, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge